UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SOROCKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08-CV-1714 CAS |
| | ) | |
| PFIZER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on the parties' Motion to Stay pending a transfer decision by the Judicial Panel on Multidistrict Litigation. The Court finds that the motion to stay should be granted to conserve judicial resources and prevent inconsistent pretrial orders pending transfer.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Motion to Stay pending a transfer decision by the Judicial Panel on Multidistrict Litigation is **GRANTED.** [Doc. 20] All pretrial proceedings and deadlines are hereby stayed pending a decision by Judicial Panel on Multidistrict Litigation.

**IT IS FURTHER ORDERED** that the Rule 16 Order dated July 10, 2009, is hereby **VACATED,** and the Court will not hold the Rule 16 Conference previously set for August 6, 2009.

**IT IS FURTHER ORDERED** that plaintiff's motion to withdraw her prior Motion to Stay is **GRANTED.** [Doc. 21] Plaintiff's Motion to Stay is **DENIED as moot.** [Doc. 19]

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this   27th   day of July 2009.